# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5109**                                    **September Term, 2024**

1:25-cv-00532-TNM

**Filed On:** April 13, 2025

Associated Press,

       Appellee

     v.

Taylor Budowich, in his official capacity as
White House Deputy Chief of Staff, et al.,

       Appellants

      **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on Thursday, April 17, 2025, at 2 P.M. before Circuit Judges Pillard, Katsas, and Rao. It is

**FURTHER ORDERED** that the following times be allotted for oral argument:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellee | - | 15 Minutes |

One counsel per side to argue. Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 14, 2025.

**Per Curiam**

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

              BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)